IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TARON BAILEY,<br><br>        Plaintiff,<br><br>        v.<br><br>CAMDEN COUNTY CORRECTIONAL<br>FACILITY, ET AL.,<br><br>        Defendant. | Civil Action<br>No. 16-8867(JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    1.    On November 30, 2016, Plaintiff Taron Bailey submitted a civil complaint alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983.

    2.    Mail sent to Plaintiff at his listed address was returned as undeliverable on December 12, 2016. Docket Entry 2.

    3.    Local Civil Rule 10.1(a) requires unrepresented parties to notify the Court of any change in address within 7 days. The Rule further provides that, failure to file such notice "may result in the imposition of sanctions by the Court." *Id.* Indeed, failure to apprise the Court of an address change may result in the outright dismissal of the case for failure to proceed, or an administrative termination of the action without prejudice. *See, e.g.*, *Boretsky v. Corzine*, No. 08-2265, 2008 WL 2512916 (D.N.J. June 23, 2008); *Allebach v. Cathell*, No. 06-5005, 2009 WL 2147145 (D.N.J. July 15, 2009).

4.   According to the State of New Jersey Department of Corrections Inmate Locator, Plaintiff is now located at C.R.A.F. Inmate Search, available at https://www20.state.nj.us/DOC_Inmate/inmatefinder?i=I (last visited Dec. 14, 2016). The Court will administratively terminate the proceedings without prejudice to Plaintiff's right to reinstate this action by submitting a notice of change of address within 30 days.

5.   Plaintiff is advised that future failures to inform the Court of his current address may result in dismissal of the complaint.

6.   An appropriate Order follows.


**December 20, 2016**　　　　　　　　　　　**s/ Jerome B. Simandle**
Date　　　　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge